IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANNY O. COWART;                                              PLAINTIFFS
BRANDI'S HOPE COMMUNITY SERVICES, LLC;
AND SCIOTO PROPERTIES
SP-16, LLC

VERSUS                               CIVIL ACTION NO. 1:14cv153LG-JCG

CITY OF MOSS POINT, MISSISSIPPI,
A MUNICIPAL CORPORATION                                       DEFENDANTS

## STIPULATION OF THE PARTIES REGARDING COMPENSATORY DAMAGES

COME NOW, the parties, in the above-referenced case, and hereby enter this

stipulation as to compensatory damages. The parties hereby stipulate that the compensatory

damages in this case are five thousand dollars ($5,000.00).

So stipulated, this the 12th day of November, 2014.


                              CITY OF MOSS POINT, MISSISSIPPI,
                              Defendant


                              BY: /s/ Amy Lassitter St. Pé_____
                              Nathan A. Bosio, MSB# 100185
                              Amy Lassitter St. Pé, MSB# 100870
                              DOGAN & WILKINSON, PLLC
                              P. O. Box 1618
                              Pascagoula, MS 39568-1618
                              228-762-2272
                              228-762-3223 fax
                              astpe@dwwattorneys.com

DANNY O. COWART, BRANDI'S HOPE
COMMUNITY SERVICES, LLC, AND SCIOTO
PROPERTIES SP-16, LLC, Plaintiffs

BY: /s/ *William H. Hussey*
William H. Hussey, MSB# 102322
MAXEY WANN, PLLC
210 E. Capitol Street, Suite 2100 (39201)
P.O. Box 3977
Jackson, MS 39207-3977
601-355-8855
601-355-8881 fax

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2014, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which sent notification of such filing to the following:

William H. Hussey, Esq.
MAXEY WANN, PLLC
P.O. Box 3977
Jackson, MS 39207-3977

BY:s/ *Amy Lassitter St. Pé*
Amy Lassitter St.Pé