UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


DANNY O. COWART; BRANDI'S
HOPE COMMUNITY SERVICES, LLC;
AND SCIOTO PROPERTIES SP-16 LLC                                    PLAINTIFF


VS.                                                    CIVIL ACTION NO.: 1:14-CV-00153-LG-JCG


CITY OF MOSS POINT, MISSISSIPPI,
A MUNICIPAL CORPORATION                                              DEFENDANT


RULE 41(a)(1)(A)(ii) VOLUNTARY DISMISSAL


COME NOW Plaintiffs Danny O. Cowart, Brandi's Hope Community Services, LLC and

Scioto Properties SP-16 LLC, along with Defendant City of Moss Point, the Parties in the above

styled and numbered cause, and pursuant to Fed. R. Civ. Pro.  41(a)(1)(A)(ii), submit their

stipulation of Voluntary Dismissal of this action, with prejudice.

Dated, this the 29th day of December, 2014.

Respectfully submitted,

| /s/ William H. Hussey | /s/ Amy Lassitter St. Pe' |
|---|---|
| John L. Maxey II, MS Bar No. 1946 | Amy Lassitter St. Pe', MS Bar No. 100870 |
| William H. Hussey, MS Bar No. 102322 | Nathan A. Bosio, MS Bar No. 100185 |
| MAXEY WANN PLLC | DOGAN & WILKINSON, PLLC |
| 210 E. Capitol Street, Suite 2100 (39201) | 734 Delmas Avenue (39567) |
| P. O. Box 3977 | P.O. Box 1618 |
| Jackson, Mississippi 39207-3977 | Pascagoula, Mississippi 39568-1618 |
| Telephone 601-355-8855 | Telephone 228-762-2272 |
| Telefax: 601-355-8881 | Telefax: 228-762-4145 |
| john@maxeywann.com | astpe@dwwattorneys.com |
| william@maxeywann.com | nbosio@dwwattorneys.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |